UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>DAVITA, INC.,<br><br>    Defendant. | Case No. 13-cv-02475-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 21 |

A hearing on Plaintiff Boyd's motion to enforce the settlement agreement and for sanctions is scheduled for March 13, 2014. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

**IT IS SO ORDERED.**

Dated: March 6, 2014

_____
JON S. TIGAR
United States District Judge