United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY BOYD,

    Plaintiff,

v.

DAVITA, INC.,

    Defendant.

Case No. 13-cv-02475-JST

**ORDER SETTING HEARING**

Re: ECF No. 21

A motion to enforce a settlement agreement is pending and under submission. The Court will hold a hearing on April 17, 2014, only with regard to Plaintiff's request for attorneys fees and costs pursuant to 28 U.S.C. § 1927. No later than April 4, 2014, Boyd shall file a declaration itemizing the time his counsel spent on the motion to enforce the settlement agreement and the preparation of the declaration. Boyd also may include an estimate of the time he will spend preparing for and attending the hearing on April 17.

**IT IS SO ORDERED.**

Dated: March 25, 2014

_____
JON S. TIGAR
United States District Judge