**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REUBEN B. JACOBSON, SB# 167972
　E-Mail: Reuben.Jacobson@lewisbrisbois.com
KIMBERLEI EVANS, SB# 205673
　E-Mail: Kimberlei.Evans@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
LLANO DIALYSIS, LLC. erroneously sued
herein as DAVITA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BOYD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVITA, INC.,<br><br>　　　　Defendant. | CASE NO. 13-cv-02475-JST<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL OF COMPLAINT AND CROSS-COMPLAINT**<br><br>Complaint Filed: June 3, 2013<br>Trial Date:　　　None Set |

　　　　As the parties in the action entitled *Jeffrey Boyd v. DaVita*, Inc., have agreed to resolve the case by way of settlement, the action brought by plaintiff Jeffrey Boyd against defendant Llano Dialysis, LLC, erroneously sued herein as DaVita, Inc., shall be dismissed with prejudice.

　　　　As the United States has disclaimed any interest to the interpleader, the cross-complaint/complaint in intervention filed by defendant Llano Dialysis, LLC, against cross-defendants Jeffrey Boyd and Medicare, shall be dismissed with prejudice. The interpleader amount submitted to the court shall be released to plaintiff Jeffrey Boyd upon entry of this judgment.

/ / /

/ / /

1 | IT IS SO ORDERED
2 | DATED: April 24, 2014

By: _____
JON S. TIGAR
United States District Judge